1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12 | IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-MD-2913-WHO
13 | | ) The Honorable William H. Orrick
14 | | ) **ORDER GRANTING JLI'S OMNIBUS MOTION TO DISMISS WITH PREJUDICE NON-OPT OUT PLAINTIFFS' CLAIMS**
15 | |
16 | | ) This Document Relates To:  All Actions
17 | *This Document Relates to All Plaintiffs Identified in Exhibits A, B, and C* | ) The Hon. William H. Orrick

18

19

20

21

22

23

24

25

26

27

28

1    Before the Court is Defendant Juul Labs, Inc.'s  Omnibus Motion to Dismiss With Prejudice

2    Non-Opt Out Plaintiffs' Claims identified in revised Exhibits A, B, and C.  *See* Dkt. No. 4411.[1]

3    Having considered the Motion, the lack of opposition in the individual cases, and with good cause

4    appearing therefore, the Court hereby GRANTS the Motion and DISMISSES the Complaints filed by

5    all plaintiffs identified in Exhibits A, B, and C with prejudice and hereby ORDERS that the cases

6    identified shall be closed.

7     IT IS SO ORDERED.

8

9     Dated:  May 13, 2025

10

11                                                     The Honorable William H. Orrick
                                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   ────────────────────
     [1] JLI submitted revised Exhibits A, B & C following the filing of its motion to
28   dismiss, removing cases where plaintiffs responded to the motion and cases that were
     voluntarily dismissed following the filing of motion.  *See* Dkt. No. 4411.

# EXHIBIT A

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| **1.** | P.O. | *Patrick O'Neil v. Juul Labs, Inc. et al.* | 3:19-cv-06936 | Stark & Stark |
| **2.** | Brianna Bayly | *Brianna Bayly v. Juul Labs, Inc., PAX Labs, Inc., Altria Group, Inc. and Philip Morris USA, Inc.* | 3:19-cv-08233 | Nachawati Law Group |
| **3.** | Steve Craft | *Steve Craft v. JUUL Labs, Inc., PAX Labs, Inc., Altria Group, Inc., and Philip Morris USA, Inc.* | 3:19-cv-08263 | Nachawati Law Group |
| **4.** | Victoria Jones | *Victoria Jones vs. JUUL Labs Inc., PAX Labs Inc., Altria Group Inc., and Philip Morris USA, Inc.* | 3:19-cv-08271 | Nachawati Law Group |
| **5.** | Sebastian Soulas | *Sebastian Soulas, individually, and on behalf of those similarly situated, v. JUUL Labs, Inc., a Delaware corporation f/k/a PAX Labs, Inc. f/k/a Ploom Products, Inc., and PAX Labs, Inc., a Delaware corporation f/k/a PAX Labs (DEUX), Inc.* | 3:20-cv-01615 | Provosty & Gankendorff LLC |
| **6.** | V.P. | *V.P., an Infant, by her Mother, J.A. v. Juul Labs, Inc. et al.* | 3:20-cv-07228 | Giskan Solotaroff & Anderson LLP |
| **7.** | Kailor Seward | *Kailor Seward v. Juul Labs, Inc. et al.* | 3:21-cv-03206 | Wagstaff & Cartmell, LLP |
| **8.** | E.B. | *Mindy Boyd, individually, and as guardian of her minor child, E.B., on behalf of herself and those similarly situated v. JUUL Labs, Inc.* | 3:19-cv-06914 | Wagstaff & Cartmell, LLP |
| **9.** | John McFaull | *John McFaull, individually and on behalf of those similarly situated v. JUUL Labs, Inc.* | 3:19-cv-06923 | Gatlin Voelker PLLC |
| **10.** | Kristy Strattard* | *Kristy Strattard, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02390 | Fine, Kaplan and Black, R.P.C. |
| **11.** | T.Y.* | *Charleen Richey, on behalf of her son, T.Y., individually and on behalf of others similarly situated v. Juul Labs, Inc.;* | 3:21-cv-02273 | Wagstaff & Cartmell, LLP |

| | | | | |
|---|---|---|---|---|
| | | *Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | | |
| **12.** | Hasnat Ahmad* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **13.** | Liliana Andrade* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **14.** | B.C.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **15.** | Adam Banner* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **16.** | Tommy Benham* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **17.** | D.D.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **18.** | Jillian Furey* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **19.** | Austin Hester* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

| | | | | |
|---|---|---|---|---|
| **20.** | Edgar Kalenkevich* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **21.** | Kacie Ann Lagun* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **22.** | Jonathan Mardis* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **23.** | S.G.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **24.** | W.T.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **25.** | A.R.T.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **26.** | Amber Royce* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **27.** | Corey Smith* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **28.** | J.Y.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.

# EXHIBIT B

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| **1.** | Carlee Goldston* | *Carlee Goldston, individuall and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02264 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| **2.** | C.D.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **3.** | K.S.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **4.** | M.H.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **5.** | L.B.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **6.** | D.S.* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **7.** | S.D. | *S.D., a minor, by and through their parent and natural guardian, Sara Khaldi v. Juul Labs, Inc. et al.* | 3:21-cv-09145 | Levin Papantonio Rafferty |
| **8.** | B.B.* | *B.B. Brewer, a minor, by her parents and Next Friends, Paul Brewer and Kim Brewer v. JUUL Labs, Inc.* | 3:19-cv-07330 | Beasley Allen Crow Methvin Portis & Miles, LLC; Hendy Johnson Vaughn Emery |
| **9.** | C.H.G.* | *C.H.G., a minor, by and with his parent and natural guardian, Jack Geraci v. Juul Labs, Inc. et al.* | 3:20-cv-08377 | Levin Papantonio Rafferty |
| **10.** | J.o. D.* | *Melissa Dano, on behalf of Minor Jo.D. v. Juul Labs, Inc. et al.* | 3:21-cv-03179 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |

| 11. | K.D.* | *K. D., a minor, by and with their parent and natural guardian, Heather Doughty v. Juul Labs, Inc. et al.* | 3:21-cv-09154 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. |
|---|---|---|---|---|
| 12. | T.S.* | *Laurie Pence, individually, and as the Legal Guardian of her minor child, T.S. v. Juul Labs, Inc. et al.* | 3:21-cv-09239 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 13. | L.D.* | *Patricia Gurule, individually, and as the Guardian of her minor child, L.D. v. Juul Labs, Inc. et al.* | 3:21-cv-09477 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 14. | K.T.* | *Ronnie Trussell, individually and as next friend of K.T., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-00203 | Pulaski Kherkher, PLLC |
| 15. | Roberto Perez* | *Roberto Perez v. Juul Labs, Inc. et al.* | 3:22-cv-07393 | Watts Guerra LLP |
| 16. | A.N. * | *Lyndi Dalton, as Guardian ad Litem to A.N., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07391 | Watts Guerra LLP |
| 17. | Jonathan Lemasters* | *Johnathan Lemasters v. Juul Labs, Inc. et al.* | 3:22-cv-07372 | Watts Guerra LLP |
| 18. | A.L.H. | *Johnah Outlaw as Guardian ad Litem to A.L.H., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07571 | Watts Guerra LLP |
| 19. | Jayden Symes* | *Jayden Symes v. Juul Labs, Inc. et al.* | 3:22-cv-08407 | Pulaski Kherkher, PLLC |
| 20. | B.P. | *Michele Pace as Guardian ad Litem to B.P., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-08553 | Watts Guerra LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.

# EXHIBIT C

| Count | Plaintiff | Case Name | Case Number | Counsel |
|---|---|---|---|---|
| 1. | J.W. | *J.W., a minor, individually by his mother and natural guardian Natasha Welch, and on behalf of all others similarly situated v. Juul Labs, Inc.* | 3:19-cv-06911 | Schlichter, Bogard & Denton, LLP |
| 2. | M.W.* | *Tonya Williams-Walker, individually and as the mother and next of friend of M.W., vs. Juul Labs, Inc.* | 3:20-cv-02547 | Migliaccio & Rathod LLP |
| 3. | Katherine Dentler* | *Katherine Dentler vs. Juul Labs, Inc. et al.* | 3:20-cv-02554 | Migliaccio & Rathod LLP |
| 4. | K.S.C.* | *Shirley Moses, individually and as the mother and next of friend of K.S.C., vs. Juul Labs, Inc., et al.* | 3:20-cv-02557 | Migliaccio & Rathod LLP |
| 5. | D.L.* | *Janece Wilhelm, individually and as the mother and next of friend of D.L., vs. Juul Labs, Inc.* | 3:20-cv-02560 | Migliaccio & Rathod LLP |
| 6. | B.D.* | *Robert Dyer, individually and as the father and next of friend of B.D., vs. JUUL Labs, Inc.* | 3:20-cv-02543 | Migliaccio & Rathod LLP |
| 7. | Jennika Ingram* | *Jenika Ingram vs. Juul Labs, Inc.* | 3:20-cv-02550 | Migliaccio & Rathod LLP |
| 8. | K.P. | *Lacretia Pulce, individually and as the mother and next of friend of K.P., vs. Juul Labs, Inc.* | 3:20-cv-02556 | Migliaccio & Rathod LLP |
| 9. | L.P. (Perry I) | *Vickie Perry, individually and as the mother and next of friend of L.P., vs. Juul Labs, Inc.* | 3:20-cv-02558 | Migliaccio & Rathod LLP |
| 10. | L.P. (Perry II)* | *Vickie Perry, individually and as the mother and next of friend of L.P., vs. Juul Labs, Inc.* | 3:21-cv-02317 | Migliaccio & Rathod LLP |
| 11. | Pamela Roberts (Baker) | *Pamela Roberts v. Juul Labs, Inc. et al.* | 3:20-cv-04485 | Watts Guerra LLP |
| 12. | Logan Prewitt* | *Logan Prewitt v. Juul Labs, Inc. et al.* | 3:20-cv-08479 | Goza & Honnold LLC |
| 13. | Randolph Lee | *Randolph Lee v. Juul Labs, Inc. et al.* | 3:21-cv-09420 | Fears Nachawati, PLLC |
| 14. | T.H. | *Helen Hassan as Guardian ad Litem to T.H., a minor v. Juul Labs, Inc. et al.* | 3:22-cv-07565 | Watts Guerra LLP |
| 15. | William Nelson* | *William Nelson v. Juul Labs, Inc. et al.* | 3:22-cv-08510 | Gutride Safier LLP |
| 16. | David Langan* | *David Langan v. Juul Labs, Inc. et al.* | 3:22-cv-08488 | Gutride Safier LLP |
| 17. | K.G.* | *Bruce Gibson, individually and as the father and next of friend of K.G., vs. JUUL Labs, Inc., et al.* | 3:20-cv-02545 | Migliaccio & Rathod LLP |
| 18. | Jessica Pierre* | *Jessica Pierre vs. Juul Labs, Inc.* | 3:20-cv-02546 | Migliaccio & Rathod LLP |
| 19. | Timothy Critzer* | *Timothy Critzer v. JUUL Labs, Inc., et al.* | 3:20-cv-02551 | Migliaccio & Rathod LLP |
| 20. | Shayla Aceti* | *Shayla Aceti vs. JUUL Labs, Inc. et al.* | 3:20-cv-02553 | Migliaccio & Rathod LLP |

| | | | | |
|---|---|---|---|---|
| **21.** | Timothy Nelson Mullins* | *Timothy Neal Mullins v. Juul Labs, Inc. et al.* | 3:20-cv-08247 | Watts Guerra LLP |
| **22.** | Christian Rogers* | *Christian Rogers v. Juul Labs, Inc., et al.* | 3:20-cv-09049 | Crueger Dickinson LLC; Greg Coleman Law; Wexler Wallace LLP |
| **23.** | Addison Altizer* | *Addison Altizer, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02209 | Berger Montague P.C. |
| **24.** | John Hollis* | *Joh Hollis, individually and on behalf of other similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02211 | Berger Montague P.C. |
| **25.** | Coleman Holnicker* | *Coleman Holnicker, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02213 | Berger Montague P.C. |
| **26.** | C.J.W.* | *Janis Kelly on behalf of her son, C.J.W., individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02215 | Berger Montague P.C. |
| **27.** | Shannon Kinnard* | *Shannon Kinnard, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02218 | Berger Montague P.C. |
| **28.** | Erin Puente* | *Erin Puente, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02219 | Berger Montague P.C. |

| 29. | H.Z.* | Wolfgang and Suzanne Ziegenhagen on behalf of their son, H.Z., individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02221 | Berger Montague P.C. |
|-----|-------|---------------|---------------|---------------|
| 30. | Larry Fox* | Larry Fox, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02249 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 31. | Alexander Pierce* | Alexander Pierce, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02251 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 32. | Johnson Truong* | Johnson Truong, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02252 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 33. | Jeremy Worden* | Jeremy Worden, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02253 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 34. | Jerry Yut* | Jerry Yut, individually and on behalf of others similalry situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02254 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 35. | Alex Casas* | Alex Casas, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani | 3:21-cv-02257 | Beasley Allen Crow Methvin Portis & Miles, LLC |

| 36. | Ronald Claytor* | *Ronald Claytor, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02258 | Beasley Allen Crow Methvin Portis & Miles, LLC |
|---|---|---|---|---|
| 37. | Clark Fish* | *Clark Fish, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02262 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 38. | Dylan Healey* | *Dylan Healey, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02266 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 39. | Chris Ippoliti* | *Chris Ippoliti, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02267 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 40. | Thane Lore* | *Thane Lore, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02268 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 41. | D'Angelo Moore* | *D'Angelo Moore, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02271 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 42. | Shurjo Ali* | *Shurjo Ali, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02274 | Beasley Allen Crow Methvin Portis & Miles, LLC |

| 43. | Kevin Singer* | *Kevin Singer, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02275 | Beasley Allen Crow Methvin Portis & Miles, LLC |
|---|---|---|---|---|
| 44. | Derrick Smith* | *Derrick Smith, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02277 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 45. | Daniel Tarrats* | *Daniel Tarrats, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02278 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 46. | Lauren Gregg* | *Lauren Gregg, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02287 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 47. | Kristoff Rest* | *Kristoff Rest, individually and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02303 | Levin, Papantonio, Rafferty |
| 48. | E.M.* | *Angela Villasenor, individually and as the legal Guardian of her minor child E.M. and on behalf of others similarly situated v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02309 | Beasley Allen Crow Methvin Portis & Miles, LLC |
| 49. | Noah Matarazzo* | *Noah Matarazzo, individually and on behalf of others similarly situated v. v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02385 | Migliaccio & Rathod LLP |

| | | | | |
|---|---|---|---|---|
| **50.** | William J. Nelson* | *William J. Nelson, individually and on behalf of others similarly situated v. v. Juul Labs, Inc.; Altria Group, Inc.; Philip Morris USA, Inc.; Altria Client Services LLC; Altria Group Distribution Company; James Monsees; Adam Bowen; Nicholas Pritzker; Hoyoung Huh; and Riaz Valani* | 3:21-cv-02389 | Gutride Safier LLP |
| **51.** | Cameron Beckett* | *Cameron Beckett v. Juul Labs, Inc. et al.* | 3:21-cv-03184 | TorHoerman Law, LLC |
| **52.** | Quentin Sturdivant* | *Quentin Sturdivant v. Juul Labs, Inc. et al.* | 3:21-cv-06846 | Schlichter, Bogard & Denton, LLP |
| **53.** | Ivan Palacios* | *Ivan A. Palacios v. Juul Labs, Inc. et al.* | 3:22-cv-00496 | Watts Guerra LLP |
| **54.** | Edward Hicks* | *Edward Hicks v. Juul Labs, Inc. et al.* | 3:22-cv-00573 | Pulaski Kherkher, PLLC |
| **55.** | Joshua Feldman* | *Joshua Feldman v. Juul Labs, Inc. et al* | 3:22-cv-01056 | Pulaski Kherkher, PLLC |
| **56.** | Jessica Fitzsimmons* | *Jessica Fitzsimmons v. Juul Labs, Inc. et al.* | 3:22-cv-02290 | Giskan Solotaroff & Anderson LLP |
| **57.** | Kylan Dingui* | *Kylan Dingui v. Juul Labs, Inc. et al.* | 3:22-cv-02848 | Watts Guerra LLP |
| **58.** | Billy Harrison* | *Billy Harrison v. Juul Labs, Inc. et al.* | 3:22-cv-07821 | Simmons Hanly Conroy, LLC |
| **59.** | Jeremy Oster* | *Jeremy Oster v. Juul Labs, Inc. et al.* | 3:22-cv-07974 | Simmons Hanly Conroy, LLC |
| **60.** | Thomas DeFranco* | *Thomas Defranco v. Juul Labs, Inc. et al.* | 3:22-cv-08716 | Pulaski Kherkher, PLLC |
| **61.** | David Masessa* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **62.** | Anthony Smith* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |
| **63.** | Michael Viscomi* | *Bradley Colgate, An Individual, And Kaytlin McKnight, An Individual, On Behalf of Themselves, The General Public and Those Similarly Situated* | 3:18-cv-2499 | Berger Montague P.C.; Gutride Safier LLP; Migliaccio & Rathod LLP |

*Plaintiffs with an (*) indicate cases have been administratively closed in full or in part, but the identified Plaintiffs have never dismissed their claims against JLI and the JLI Settling Defendants.